**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1000**

DANILO MIRANDA,

            Plaintiff - Appellant,

      v.

UNIVERSITY OF MARYLAND AT COLLEGE PARK,

            Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenest.  Alexander Williams, Jr., District Judge. (8:04-cv-02609-AW)

Submitted: May 22, 2008                      Decided:  May 27, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danilo Miranda, Appellant Pro Se.  Elizabeth Marzo Borinsky, Carolyn Waters Skolnik, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danilo Miranda appeals the district court's order dismissing his race and national origin discrimination claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Miranda v. Univ. of MD, Coll. Park, No. 8:04-cv-02609-AW (D. Md. entered Nov. 20, 2006; filed Nov. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Although Miranda also asserted an age discrimination claim against Defendant under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2000), the district court dismissed that claim by separate order. Miranda does not challenge that order on appeal.

- 2 -